# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 16-cv-00277-NYW

PATRICK G. HARTLEY,

    *Plaintiff, Pro Se*,

  v.

WALKER G. HARMAN, JR., INDIVIDUALLY; and
THE HARMAN FIRM, PC

    *Defendants*.

---

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

---

Defendant Walker G. Harman, Jr. and Defendant The Harman Firm, PC, by and through their counsel of record, hereby respectfully consent to substitution of The Harman Firm, LLP for The Harman Firm, PC, while reserving the right to contest jurisdiction in regard to The Harman Firm, LLP.

                                            Respectfully submitted,

Dated: New York, New York
       April 22, 2016

                                    By:    s/ Edgar M. Rivera
                                                Edgar M. Rivera
                                                THE HARMAN FIRM, LLP
                                                220 Fifth Avenue, Suite 900
                                                New York, New York 10001
                                                Tel.: (212) 425-2600
                                                erivera@theharmanfirm.com