# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00277-REB-NYW

PATRICK G. HARTLEY,

    Plaintiff,

v.

WALKER G. HARMAN, JR.,
THE HARMAN FIRM, P.C.,

    Defendants.

## ORDER GRANTING MOTION TO SUBSTITUTE NAMED DEFENDANT

Magistrate Judge Nina Y. Wang

This matter comes before the court on Plaintiff's Motion for Substitution of Named Defendant "The Harman Firm, PC" for "The Harman Firm, LLP" Pursuant to F.R.C.P. 25 (the "Motion to Substitute"). [#42, filed Apr. 18, 2016]. The Motion to Substitute was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order of Reference dated March 25, 2016 [#26], and the Memorandum dated April 20, 2016 [#43].

In the Motion to Substitute, Mr. Harman seeks pursuant to Fed. R. Civ. P. 25 to substitute The Harman Firm, LLP for currently-named Defendant The Harman Firm, PC. As the basis for this motion, Plaintiff argues that The Harman Firm, LLP is the successor in interest and/or the same entity as The Harman Firm, PC, and is therefore an appropriate Defendant in this Action. Defendants Walker G. Harman, Jr. and The Harman Firm, PC represent that they do not oppose the Motion to Substitute.

Finding good cause for the requested substitution, **IT IS ORDERED** that:

(1) Plaintiff's Motion for Substitution of Named Defendant "The Harman Firm, PC" for "The Harman Firm, LLP" Pursuant to F.R.C.P. 25 [#42] is **GRANTED**; and

(2) The Clerk of Court is **DIRECTED** to update the caption of this case to reflect the substitution of The Harman Firm, LLP for The Harman Firm, PC as a Defendant in this case.

DATED: April 22, 2016                     BY THE COURT:

                                          s/ Nina Y. Wang
                                          United States Magistrate Judge